Richard K. NADEAU, Claimant–Appellee,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellant.

No. 03–7141.

United States Court of Appeals, Federal Circuit.

DECIDED: April 21, 2004.

Martin F. Hockey, Jr., Principal Attorney, David M. Cohen, of Counsel, Washington, DC, for Respondent–Appellant.

Robert V. Chisholm, Principal Attorney, Chisholm Chisholm, Providence, RI, for Claimant–Appellee.

### ORDER

Upon consideration of the Secretary of Veterans Affairs' unopposed motion to dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All pending motions are moot.

(3) Each side shall bear its own costs